UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RASHID ROEKWAN GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV423-335 |
| | ) |
| CHATHAM COUNTY JAIL, | ) |
| | ) |
| Defendants. | ) |

## ORDER

*Pro se* plaintiff Rashid Roekwan Green filed this 42 U.S.C. § 1983 action alleging he was subjected to unconstitutional conditions while in segregated confinement ("lockdown"). *See* doc. 1 at 5-6. The Court granted him leave to proceed *in forma pauperis* and directed him to return the necessary forms. *See* doc. 9. He has not returned the required forms. *See generally* docket. He has, therefore, failed to comply with the Court's Order. His Complaint is, therefore, **DISMISSED**. Doc. 1.

A district court retains the inherent power to police its docket and to enforce its orders. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v.*

*Tallahassee Police Dept.*, 205 F. App'x 802, 802 (11th Cir. 2006). Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court. Fed. R. Civ. P. 41(b). Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1(b), (c). Greeen's failure to properly execute and return the required forms warrants dismissal. Accordingly, his Complaint is **DISMISSED** for failing to obey a court order and failing to prosecute his case. Doc. 1. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED,** this 22nd day of January, 2024.

                                                  _____
                                                  CHRISTOPHER L. RAY
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  SOUTHERN DISTRICT OF GEORGIA